IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Linda-Joy Damron,                               :

     Plaintiff,                              :       Case No. 2:07-cv-01153

v.                                              :       Judge Sargus

Hummer of Columbus, LLC,                        :       Magistrate Judge Abel

     Defendant.                              :

## Order

On August 19, 2008, the Court granted Gary A. Reeve's and Yvonne M. Watson's

August 15, 2008 motions to withdraw as counsel for plaintiff Linda-Joy Damron (docs.

16 & 17) and directed her to retain new counsel who entered an appearance within 30

days doc. 20).  Alternatively, if plaintiff could not find an attorney but wanted to

continue prosecuting this lawsuit, she was to file a statement that she was representing

herself  within 30 days.  A new attorney has not entered an appearance for plaintiff, and

she has not filed a statement of her intent to represent herself.  On September 23, 2008,

the Court ordered plaintiff Linda-Joy Damron to show cause within eleven why this

case should not be dismissed for want of prosecution.  She has not responded to the

Show Cause Order.

Accordingly, the Clerk of Court is DIRECTED to enter JUDGMENT dismissing

this case for want of prosecution and failure to comply with orders of the Court.  Rule

41(b), Fed. R. Civ. P.  *See, Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962).  S.D. Ohio

Civil Rule 55.1(c).

10 – 8 – 2008

Edmund A. Sargus, Jr.
United States District Judge