AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**LINDA-JOY DAMRON,**
    **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**HUMMER OF COLUMBUS, LLC,**     **CASE NO. C2-07-1153**
    **Defendant.**     **JUDGE EDMUND A. SARGUS, JR.**
    **MAGISTRATE JUDGE MARK R. ABEL**

____     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

    **Pursuant to the ORDER filed October 8, 2008, JUDGMENT is hereby entered DISMISSING this case for want of prosecution and failure to comply with orders of the Court.**

Date: October 8, 2008     JAMES BONINI, CLERK

    */S/ Andy F. Quisumbing*
    (By) Andy F. Quisumbing
    Courtroom Deputy Clerk